| | |
|---|---|
| 1  CRAIG H. MISSAKIAN (CABN 125202)<br>   United States Attorney<br>2<br>   MARTHA BOERSCH (CABN 126569)<br>3  Chief, Criminal Division<br>4  ALEXIS JAMES (NYBN 5603865)<br>   Assistant United States Attorney<br>5<br>       450 Golden Gate Avenue, Box 36055<br>6      San Francisco, California 94102-3495<br>       Telephone: (415) 436-7196<br>7      Alexis.James@usdoj.gov<br>8  Attorneys for United States of America | **FILED**<br><br>Aug 27 2025<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KIM ELLIS,<br><br>   Defendant. | CASE NO. 3:25-mj-71039 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on August 26, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon a Supervised Release Violation pending in the Eastern District of California, Case Number 2:24-CR-00299 (copy attached).

//
//
//
//
//
//

v. 7/10/2018

1  In that case, the defendant is charged with a violation of the terms of supervised release.
2  The maximum penalties are as follows:

3  - Maximum term of imprisonment:    5 years
4  - Maximum term of supervised release:    10 years, less any term of imprisonment imposed on revocation of the supervised release

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: August 26 2025

　　　/s/
ALEXIS JAMES
Assistant United States Attorney

v. 7/10/2018

# Attachment

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

USA ,

v.

KIM ELLIS ,

Case No: 2:24-CR-00299-JAM

USMS SACRAMENTO RCVD
APR 11 2025 AM 11:07

## WARRANT FOR ARREST

**TO: THE UNITED STATES MARSHAL**
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** Kim Ellis

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

**Supervised Release Violation Petition**

charging him or her with *(brief description of offense)*

**Violation of Supervised Release**

in violation of Title __18__ United States Code, Section(s) __3606__

| R. Becknal | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 4/11/25       Sacramento, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at   **NO BAIL**     by   Senior District Judge John A. Mendez

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

Date Received _____     Name and Title of Arresting Officer _____

Date of Arrest _____    Signature of Arresting Officer _____

# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Person Under Supervision

| | |
|---|---|
| **Name of Person Under Supervision:** Kim Ellis | **Docket Number:** 0972 2:24CR00299-20 |

**Name of Judicial Officer:** Senior United States District Judge John A. Mendez

**Date of Original Sentence:** 3/27/2006

**Original Offense:** 21 U.S.C. § 846 – Conspiracy to Possess Cocaine (Powder) for Manufacture and Distribution of Cocaine Base (Class A Felony)

**Original Sentence:** 240 months custody of the Bureau of Prisons; 10 years Supervised Release; Mandatory Drug Testing; No Firearms; DNA Collection; $100 Special Assessment.

**Special Conditions:**

1. Contact Restrictions with Co-defendant
2. Drug/Alcohol Treatment and Testing
3. Financial Disclosure
4. Financial Restrictions
5. No Association with Big Block Gang
6. No False Identifications
7. Registration (drug)
8. Warrantless Search
9. No Firearms
10. DNA Collection

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: KEITH HOLLAND
Clerk, U.S. District Court
Eastern District of California
By) [signature]
Dated 4/11/2025
Deputy Clerk

**Type of Supervision:** TSR

**Date Supervision Commenced:** 8/30/2019

**Other Court Actions:**

11/06/2024: Jurisdiction transferred from the Northern District of California to the Eastern District of California.

PROB 12C
(Rev. 06/21)



RE: **Kim Ellis**                                                         Docket Number: 0972 2:24CR00299-20

## PETITIONING THE COURT

☒ **TO ISSUE A NO BAIL WARRANT. THIS PETITION IS TO BE SEALED UNTIL FURTHER ORDER OF THE COURT.**

The probation officer alleges the Person Under Supervision has violated the following condition(s) of supervision:

**Charge Number**     **Nature of Violation**

**Charge 1:**     **NEW LAW VIOLATION**

On April 7, 2025, Kim Ellis was arrested by officers of the Hercules Police Department for violation of Penal Code 30305(A)(1) – Prohibited Own/Etc. Ammo/Etc., a felony. This is a violation of the Mandatory Condition that states, *"The defendant shall not commit another federal, state, or local crime."*

**Charge 2:**     **POSSESSION OF AMMUNITION**

On April 7, 2025, Kim Ellis was arrested by officers of the Hercules Police Department for violation of Penal Code 30305(A)(1) – Prohibited Own/Etc. Ammo/Etc., a felony. This is a violation of the Mandatory Condition that states, *"The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon."*

**Charge 3:**     **FAILURE TO REPORT CHANGE IN RESIDENCE**

On April 7, 2025, Kim Ellis was arrested by officers of the Hercules Police Department. He informed officers his residence is in Hercules, California. Mr. Ellis did not report a change in residence to the probation office. This is in violation of Standard Condition Number 6 which states, *"The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."*

**Charge 4:**     **FAILURE TO NOTIFY OF ARREST**

On April 7, 2025, Kim Ellis was arrested by officers of the Hercules Police Department. He was released on the same day after posting a bail bond. He failed to report his arrest to the probation office. This is in violation of Standard Condition Number 11 which states, *"The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."*

**Justification:** Kim Ellis began his term of Supervised Release on August 30, 2019, in the Northern District of California. He relocated to the Eastern District of California on or about April 9, 2024, to reside with his significant other in Fairfield, California. On April 7, 2025, Mr. Ellis was arrested by officers of the Hercules Police Department for violation of Penal Code 30305(A)(1) – Prohibited Own/Etc. Ammo/Etc., a felony.

RE: **Kim Ellis**                                                    Docket Number: 0972 2:24CR00299-20

On April 7, 2025, I was contacted by the Hercules Police Department advising that Mr. Ellis had been stopped because the registration of the vehicle he was driving expired in 2022; however, it displayed a 2025 tab on the rear license plate. Upon an inventory search of the vehicle, officers located nine rounds of live ammunition, $3,000 cash, three cell phones, marijuana, and a pill bottle container with white powder residue. The officers arrested Mr. Ellis for violation of Penal Code 30305(A)(1) – Prohibited Own/Etc. Ammo/Etc., a felony, and he was booked into Martinez Detention Facility. On the same day, he was released on a $50,000 bail bond. As of this date, Mr. Ellis has failed to report his law enforcement contact to me.

The officer also indicated Mr. Ellis provided an address in Hercules, California as his residential address. Mr. Ellis did not report a change in residence; therefore, he did not have approval to reside in Hercules, California.

**Detention:** Mr. Ellis has an arrest history for narcotic sales, carrying a concealed weapon, and attempted murder. Additionally, in the underlying case Mr. Ellis was a member of the Big Block gang since their inception and one of their enforcers. Mr. Ellis was arrested with nine rounds of live ammunition; therefore, it is believed he poses a risk of danger to the community. It is respectfully recommended that he remain in custody throughout violation proceedings.

I declare under penalty of perjury that the following is true and correct.

**EXECUTED ON:**      **April 10, 2025**
                                  **Sacramento, California**

Respectfully submitted,

_(signature)_

**Miriam E. Olea**
**United States Probation Officer**
Telephone: (916) 930-4310

**DATED:**       4/10/2025

Reviewed by,

_(signature)_

**Shannon L. Morehouse**
**Supervising United States Probation Officer**

RE: **Kim Ellis**                                                      Docket Number: 0972 2:24CR00299-20

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The issuance of a no bail warrant. This Petition is sealed until further order of the court.

☐ The issuance of a summons.

☐ Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐ Defendant is ordered detained, to be brought before District Judge forthwith.

☒ Initial appearance and detention hearing before Magistrate Judge.

Dated: April 11, 2025                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE

CC:

United States Probation

United States Marshal Service

RE: **Kim Ellis**                                    **Docket Number: 0972 2:24CR00299-20**

# STATEMENT OF EVIDENCE OF ALLEGED SUPERVISED RELEASE VIOLATIONS

Honorable John A. Mendez
Senior United States District Judge
Sacramento, California

                                    RE:    Kim Ellis
                                                  **Docket Number: 0972 2:24CR00299-20**

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Person Under Supervision.

**Charge 1:**    **NEW LAW VIOLATION**

    a.  **Evidence:**

        i.  Hercules Police Department Arrest Report Number H25-321.

    b.  **Witnesses:**

        i.  Officer of the Hercules Police Department.


**Charge 2:**    **POSSESSION OF AMMUNITION**

    a.  **Evidence:**

        i.  Hercules Police Department Arrest Report Number H25-321.

    b.  **Witnesses:**

        i.  Officer of the Hercules Police Department.

RE: **Kim Ellis**                                                                 Docket Number: 0972 2:24CR00299-20

**Charge 3:** **FAILURE TO REPORT CHANGE IN RESIDENCE**

    a. Evidence:

        i. Hercules Police Department Arrest Report Number H25-321.

    b. Witnesses:

        i. Officer of the Hercules Police Department.

**Charge 4:** **FAILURE TO NOTIFY OF ARREST**

    a. Evidence:

        i. Contra Costa Inmate Report.

    b. Witnesses:

        i. United States Probation Officer Miriam E. Olea.

Respectfully submitted,

*/s/ Miriam E. Olea*

**Miriam E. Olea**
**United States Probation Officer**
Telephone: (916) 930-4310

**DATED:** 4/10/2025
Sacramento, California

Reviewed by,

*/s/ Shannon L. Morehouse*

**Shannon L. Morehouse**
**Supervising United States Probation Officer**

RE: **Kim Ellis**                                                                 Docket Number: 0972 2:24CR00299-20

# REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Person Under Supervision:** Kim Ellis          **Docket Number:** 0972 2:24CR00299-20

**Date of Original Offense:** August 31, 2001

**Original term of supervised release imposed: 10 years**

**Highest grade of violation alleged: B**

**Criminal History Category of person under supervision: II**

**Original guideline range: 210 to 262 months.**

**Chapter 7 range of imprisonment: 6 to 12 months.**

**Maximum term on revocation - 18 U.S.C. § 3583(e)(3):**

☒     **Class A felony - 5 years**

**Violation requires mandatory revocation: YES:** ☒ **NO:** ☐

<u>**Original offense committed after 09/13/1994 but before 04/30/2003**</u>: Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above. Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 U.S.C. § 3583(e)(3) for the original offense of conviction, less the term of imprisonment imposed upon revocation.

<u>**MANDATORY REVOCATION ISSUES**</u>

<u>**Original offense committed after 09/13/1994:**</u> Title 18 U.S.C. § 3583 instructs that supervision shall be revoked upon a finding of: 1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing. If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

<u>**Positive/Failed Drug Tests after 11/02/2002:**</u> Title 18 U.S.C. § 3583(g) amended and instructs that supervision be revoked for: Testing positive for illegal controlled substances more than three times over the course of one year.